**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| Trustees for PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and Trustees for INTERNATIONAL TRAINING FUND,         )<br>)<br>)<br>)<br>Plaintiffs,         )<br>)<br>v.         )<br>)<br>Rodriguez Mechanical Contractors, Inc.,         )<br>)<br>Defendant.         ) | Case No: 06-CV-02027-KHV |

**ORDER**

Before this Court is Plaintiffs' Voluntary Dismissal Without Prejudice (Doc. #4).

Pursuant to Fed. R. Civ. P. 41(a)(1), and for good cause having been shown, it is hereby ORDERED that Plaintiffs' claims in the above-captioned matter are dismissed without prejudice, at Plaintiffs' cost.

IT IS SO ORDERED.

Dated: March 14, 2006

s/ Kathryn H. Vratil
The Honorable Kathryn H. Vratil
United States District Judge
